# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>        Plaintiff,<br><br>   v.<br><br>PEREZ, et. al.,<br><br>        Defendants. | CASE NO. 1:09-cv-00373 OWW GSA<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

    Plaintiff Michael Gonzales ("plaintiff") is a state prisoner proceeding pro se filed this action on February 9, 2009. Pursuant to this court's order, on March 30, 2009, Plaintiff filed a motion to proceed in forma pauperis. (Doc. 3). However, upon further review of Plaintiff's case, he is not eligible to proceed in this action in forma pauperis.

    28 U.S.C. § 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

    To date, plaintiff has filed over twenty actions in the United States District Court for the Eastern District of California, and has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1] Thus, plaintiff is subject to section

---

[1] Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are case numbers 1:00-cv-0628 AWI-HGB PC, Gonzalez v. Galaza, et al., (E.D. Cal.) (dismissed 06/18/2001 for failure to state a claim); 1:04-cv-5491 OWW-LJO PC, Gonzales v. Gadsen (E.D. Cal.) (dismissed on 12/11/06 for failure to state a claim);

1

1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.

The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding he is, at this time, under imminent danger of serious physical injury. Accordingly, plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action; and

2. Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   April 2, 2009**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

---

1:06-cv-1568 OWW-WMW-PC, Gonzalez v. Vikjord et al., (dismissed 07/08/2008 for failure to state a claim); and 1:05-cv-00550-AWI-DLB PC, Gonzalez v. Yamat et al., (E.D. Cal.) (dismissed 08/15/2008 for failure to state a claim and for failure to obey a court order).

2