# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALEZ, | CASE NO. 1:09-cv-00373 OWW-GSA |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| A. PEREZ, et. al., | (Doc. 4) |
| Defendant. | |

Plaintiff Michael Gonzalez, ("plaintiff") is a state prisoner proceeding pro se in this civil action. On April 3, 2009, pursuant to 28 U.S.C. §1915(g), the Court issued an order finding Plaintiff ineligible to proceed in forma pauperis and directing Plaintiff to pay the filing fee in full within thirty days from the date of service of the order.[1] More than thirty days have passed and Plaintiff has not complied with the Court's order.[2] Accordingly, this action is HEREBY DISMISSED, without

---

[1] The Court takes judicial notice that the cases filed by plaintiff that count as strikes under 1915(g) are as follows 1:00-cv-0628 AWI-HGB PC, Gonzalez v. Galaza, et al., (E.D. Cal.) (dismissed 06/18/2001 for failure to state a claim); 1:04-cv-5491 OWW-LJO PC, Gonzales v. Gadsen (E.D. Cal.) (dismissed on 12/11/06 for failure to state a claim); 1:06-cv-1568 OWW-WMW-PC, Gonzalez v. Vikjord et al., (dismissed 07/08/2008 for failure to state a claim); and 1:05-cv-00550-AWI-DLB PC, Gonzalez v. Yamat et al., (E.D. Cal.) (dismissed 08/15/2008 for failure to state a claim and for failure to obey a court order).

[2] On May 4, 2009, Plaintiff filed a Notice of his Inability to Pay the Filing Fee and states that the previous cases he filed were not frivolous. The court notes that the cases referenced in the Court's order issued on April 3, 2009 pursuant to 28 U.S.C. § 1915(g) are final orders. The basis of the dismissals in the above referenced cases

1

1 | prejudice, pursuant to 28 U.S.C. §1915(g).

2 |

3 | IT IS SO ORDERED.

4 | **Dated:    May 21, 2009**                    /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE

---

were that the complaints filed by Plaintiff failed to state a claim upon which relief could be granted and not that they were frivolous.